# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> TRI-VALLEY CORPORATION, <br><br> Debtor. | Chapter 7 <br><br> Case No. 12-12291 (MFW) <br><br> Jointly Administered |
| CHARLES A. STANZIALE, JR., in his capacity as the chapter 7 trustee of Tri-Valley Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BAKER HUGHES, INC., <br><br> Defendant. | Adv. Proc. No. 14-50627 (MFW) |

## STIPULATION EXTENDING TIME FOR RESPONDING/REPLYING IN CONNECTION WITH MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by and between Charles A. Stanziale, (the "Plaintiff"), in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation and Baker Hughes, Inc., by and through their respective counsel, that (i) the Plaintiff has through and including December 10, 2014 to respond to Baker Hughes, Inc.'s motion for summary judgment and (ii) the Defendant has through and including January 5, 2015 to reply to the Trustee's response.

Dated: November 21, 2014
Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

By: /s/ Joseph J. McMahon, Jr.
Daniel K. Astin, Esq. (No. 4068)
John D. McLaughlin, Jr. (No. 4123)
Joseph J. McMahon, Jr., Esq. (No. 4819)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

*Special Counsel to Plaintiff Charles A. Stanziale, Chapter 7 Trustee*

Dated: November 21, 2014
Wilmington, Delaware

**CROSS & SIMON, LLC**

By: /s/ Christopher P. Simon
Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, DE 19801
Tel: (302) 777-4200
Fax: (302) 777-4224
csimon@crosslaw.com

-and-

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Thomas R. Slome
Howard B Kleinberg
999 Stewart Avenue
P.O. Box 9194
Garden City, New York 11530
Tel: (516) 741-6565
Fax: (516) 741-6706

*Counsel to Baker Hughes, Inc.*